```
                    UNITED STATES DISTRICT COURT
                   SOUTHERN DISTRICT OF MISSISSIPPI
                          JACKSON DIVISION
```

PATRICIA SMITH                                              PLAINTIFF

VS.                                  CIVIL ACTION NO. 3:09CV98TSL-JCS

ERMEA E.J. RUSSELL                                          DEFENDANT


                              <u>JUDGMENT</u>

    In accordance with the order of this court rendered this date, it is hereby ORDERED AND ADJUDGED that the complaint of Patricia Smith is dismissed without prejudice.

    SO ORDERED AND ADJUDGED this 2nd day of March, 2009.


                                             _/s/ Tom S. Lee_____
                                        UNITED STATES DISTRICT JUDGE